**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6333**

---

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

CHARLIE J. CEPAK, Warden, individually and/or
in his official capacity,

Defendant - Appellee.

---

**No. 97-6541**

---

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

CHARLIE J. CEPAK, Warden, individually and/or
in his official capacity,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of
South Carolina, at Florence. William B. Traxler, Jr., District
Judge. (CA-96-1358-21BE)

---

Submitted:  June 19, 1997          Decided:  June 30, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael F. Dehoney, Appellant Pro Se.   Joseph Crouch Coleman, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion to amend his complaint after Appellee moved for summary judgment (No. 97-6333), and denying relief on his 42 U.S.C. § 1983 (1994) complaint (No. 97-6541). We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dehoney v. Cepak</u>, No. CA-96-1358-21BE (D.S.C. Feb. 12, 1997, and Mar. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>